UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISMAEL RIVERA, and DAVID CRUZ, on their own behalf and on behalf of all similarly situated employees,<br><br>Plaintiffs,<br><br>-against-<br><br>GIVAUDAN FLAVORS CORPORATION, a wholly owned subsidiary of GIVAUDAN FLAVORS AND FRAGRANCES, INC, which is a wholly owned subsidiary of GIVAUDAN UNITED STATES, INC., which is wholly owned by GIVAUADAN S.A., the parent company and a publicly traded Swiss company, and XYZ ENTITIES 1-10 (fictitious names of unknown liable entities),<br><br>Defendant. | 23 CV 21387 (MEF)(JSA) |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER GRANTING PRELIMINARY CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PROPOSED CLASS AND COLLECTIVE ACTION SETTLEMENT AND THE CLAIM FORM AND RELEASE**

**PLEASE TAKE NOTICE** that upon the annexed Declaration Lloyd Ambinder, sworn to on December 12, 2025, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, at the United States Courthouse for District of New Jersey, located at 50 Walnut Street, Newark New Jersey, 07101 before the Honorable Jessica S. Allen, for Plaintiffs' application seeking an Order (1) granting preliminary approval of the Joint Stipulation of Settlement and Release (the "Settlement Agreement"), (2) certifying the settlement class/collective for settlement purposes only pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), (3) approving the Notice of Proposed Class Action Settlement.  Defendant does not oppose this motion, and (4) such other and further relief as the Court may deem just and proper.

Dated: December 19, 2025

1

<p style="display:none"></p>

New York, New York

**VIRGINIA & AMBINDER LLP**

By: /s/*Lloyd Ambinder*

40 Broad Street – 7th Floor
New York, New York 10006
Tel: 212.943.9081

–and–

**JAFFE GLENN LAW GROUP, P.A.**

Andrew I. Glenn
Jodi J. Jaffe
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Tel: 201.687.9977
Fax: 201.595.0308

*Attorneys for Plaintiffs*

TO: All counsel via ECF